IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JAN 10 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17cr4 TSL-LRA

LEE PARKERSON and
WHITMAN ISAAC  21 U.S.C. § 841(a)(1)

The Grand Jury charges:

On or about May 9, 2015, in Neshoba County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **LEE PARKERSON and WHITMAN ISAAC**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II narcotic controlled substance, in violation of Section 841(a)(1), Title 21 and Section 2, Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendants, **LEE PARKERSON and WHITMAN ISAAC,** shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which

cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

*[signature]*
GREGORY DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 10th day of January, 2017.

*[signature]*
UNITED STATES MAGISTRATE JUDGE